IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

20 APR -2 PM 4:12

CLERK_____
SO. DIST. OF GA.

| | | |
|---|---|---|
| MATTHEW CURTIS MCNATT, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV 119-139 |
| MAJOR JOHN H. BUSH; CAPTAIN CASSANDRA HAYNES; MAJOR CHESTER V. HUFFMAN; SERGEANT WILLIAMS; BURKE COUNTY SHERIFF'S DEPARTMENT; JAIL ADMINISTRATORS; BURKE COUNTY JAIL ADMINISTRATORS; and BURKE COUNTY JAIL, | ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief can be granted, and **CLOSES** this civil action.

SO ORDERED this 2nd day of April, 2020, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA