IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| MATTHEW CURTIS MCNATT, | * | |
| Plaintiff, | * | |
| v. | * | CV 119-139 |
| MAJOR JOHN H. BUSH; CAPTAIN CASSANDRA HAYNES; MAJOR CHESTER V. HUFFMAN; SERGEANT WILLIAMS; BURKE COUNTY SHERIFF'S DEPARTMENT; JAIL ADMINISTRATORS; BURKE COUNTY JAIL ADMINISTRATORS; and BURKE COUNTY JAIL, | * | |
| Defendants. | * | |

## O R D E R

Before the Court is *pro se* Plaintiff Matthew McNatt's motion to seal case. (Doc. 30.) Plaintiff asks the Court to seal this case "on every date and everytime (sic) it comes up on the law library." He is particularly concerned with the dates of October 24, 2019; November 5 and 7, 2019; February 12, 2020; and April 2, 2020. These dates correspond respectively to the Court's Order directing Plaintiff to comply with filing fee requirements; a vacated Report and Recommendation ("R&R") of the United States Magistrate Judge along with an Order that the R&R be served on the Parties; a later R&R recommending dismissal of Plaintiff's Amended

Complaint; and an Order granting in part a prior motion to seal the entire case.

Plaintiff previously moved to seal the case on the grounds that certain filings contain information that could be harmful to his and his family's safety. The Magistrate Judge granted Plaintiff's motion in part and ordered that the sensitive material be redacted from documents containing it. Plaintiff now appears to assert that the documents filed on the above dates are still visible to him and should be sealed.

After accessing the documents Plaintiff references from a public terminal, it is clear that the Magistrate Judge's order redacting the documents was implemented successfully and the sensitive information was redacted from public view. Because Plaintiff did not present any further argument as to why the entire case should be sealed, the Court finds that the existing redactions are an appropriate balance of Plaintiff's privacy interests and the interest of the public in access to information. See Romero v. Drummond Co., 480 F.3d 1234, 1246 (11th Cir. 2007). Therefore, Plaintiff's motion to seal (Doc. 30) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia this 16th day of September, 2020.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA